UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE FORGUES, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:16CV2576 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| CARPENTER LIPPS & LELAND, | ) | |
| | ) | |
| Defendants. | ) | |

The above captioned case is  referred to Magistrate Judge Jonathan D. Greenberg, for

pretrial supervision.  The Magistrate Judge is authorized pursuant to the above provisions to: 1)

hold a Case Management Conference and Status Hearing; (2) enter and enforce pretrial orders

including, but not limited to, orders pertaining to discovery matters; (3) and sign all stipulated

orders.   The Magistrate Judge shall also  "issue any preliminary orders and conduct any

necessary evidentiary hearing or other appropriate proceeding," Local Rule 72.1, and file with the

Court a report containing his/her proposed findings and recommendation for disposition of case-

dispositive motions.  The Magistrate Judge shall also give due consideration to appointing an

attorney from the Court's Civil Pro Bono panel.  The Court reserves the right to rule directly on

any matter filed in the within matter.

      This case to be returned to this Court when ready for trial unless all parties consent to trial before Magistrate Judge Jonathan D. Greenberg.

      IT IS SO ORDERED.

s/ Christopher A. Boyko        
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED:  October 27, 2016