UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE J. FORGUES, : | |
| : | CASE NO. 1:16-cv-2576 |
| Plaintiff, : | |
| : | JUDGE CHRISTOPHER BOYKO |
| v. : | |
| : | MAGISTRATE GREENBERG |
| CARPENTER LIPPS & LELAND LLP, et al., : | |
| : | |
| Defendants. : | |

**DEFENDANTS CARPENTER LIPPS & LELAND LLP,
DAVID A. WALLACE,
AND DEUTSCHE BANK, AS TRUSTEE'S
MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Carpenter Lipps & Leland LLP, David A. Wallace, and Deutsche Bank National Trust Company, as Trustee for JP Morgan Mortgage Acquisition Trust 2007-CH5, Asset Backed Pass-Through Certificates, Series 2007-CH5 (collectively "Defendants") respectfully move for a 7-day extension of time, until April 17, 2017, to file a Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint.  Defendants request the additional time due to the press of business.  This short 7-day extension will not prejudice Plaintiff as no case schedule has been set.

Respectfully submitted,

/s/ David A. Wallace
David A. Wallace (0031356)
Karen M. Cadieux (0079240)
CARPENTER LIPPS & LELAND LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
(614) 365-4100
(614) 365-9145 (Facsimile)
wallace@carpenterlipps.com
cadieux@carpenterlipps.com

Attorneys for Defendants
Carpenter Lipps & Leland LLP,
David A. Wallace, and
Deutsche Bank National Trust Company, as Trustee
for JP Morgan Mortgage Acquisition Trust 2007-
CH5, Asset Backed Pass-Through Certificates,
Series 2007-CH5

2

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was filed electronically on April 6, 2017.  Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

    A copy was also sent by U.S. Mail, postage prepaid to:

Christine J Forgues
115 Terrace Drive
Johnstown, PA 15904

    /s/ David A. Wallace
    One of the Attorneys for Defendants
    Carpenter Lipps & Leland LLP,
    David A. Wallace, and
    Deutsche Bank National Trust Company, as Trustee
    for JP Morgan Mortgage Acquisition Trust 2007-
    CH5, Asset Backed Pass-Through Certificates,
    Series 2007-CH5

689196