UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CHRISTINE J. FORGUES,** | ) | **CASE NO. 1:16CV2576** |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **JUDGE BOYKO** |
| v. | ) | |
| | ) | |
| | ) | |
| **CARPENTER LIPPS & LELAND, et al.,** | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Opinion and Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED: September 28, 2017