UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE FORGUES,** | ) | Case No.  1:16CV2576 |
| Plaintiff(s), | ) | |
| | ) | **JUDGE BOYKO** |
| Vs. | ) | |
| | ) | |
| **CARPENTER LIPPS & LELAND, et al.,** | ) | <u>**ORDER OF REFERENCE**</u> |
| Defendant(s). | ) | |
| | ) | |

The above-captioned matter is referred to the Honorable Jonathan D. Greenberg, United States Magistrate Judge, pursuant to Title 28 of the United States Code, Section 636, and Local Rule 72.1 for report and recommendation on the pending post-judgment motion for leave to amend first amended complaint (docket no. 19).   The Court reserves the right in its discretion to rule directly on any matter filed in an action otherwise referred to the Magistrate Judge as may be deemed appropriate.

**IT IS SO ORDERED.**

*s/ Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**

DATED:  October 26, 2017