FILED

2017 OCT 26 PM 2: 08

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE J. FORGUES ) | |
| ) | Case No. 1:16-cv-2576-CAB |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGE CHRISTOPHER BOYKO |
| ) | |
| CARPENTER LIPPS & LELAND LLP; ) | MAG. JUDGE GREENBERG |
| ) | |
| DAVID A. WALLACE, ESQ.; ) | |
| ) | |
| DEUTSCHE BANK NATIONAL ) | |
| TRUST COMPANY, AS TRUSTEE ) | |
| FOR J.P. MORGAN MORTGAGE ) | |
| ACQUISITION TRUST 2007-CH5, ) | |
| ASSET BACKED PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2007-CH5 ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Christine J. Forgues hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment (ECF No. 18) entered in this action on September 28, 2017.

Respectfully submitted,

*Christine J. Forgues*
Christine J. Forgues
115 Terrace Drive
Johnstown, PA 15904
Cell: 216-323-6972
cjforgues2011@gmail.com

CC:
Opposing Counsel
Court of Appeals