## PAGE LIMIT CERTIFICATION

I certify pursuant to Local Rule 7.1(f) that this action is not yet assigned a track and the length of memoranda does not exceed 20 pages.

*Christine J. Forgues*
Christine J. Forgues